**DENY; and Opinion Filed February 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00223-CV

## IN RE DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-15335**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang, and Brown
Opinion by Justice O'Neill

This petition for writ of mandamus requests relief from a trial court order granting real

party's request to take the pre-suit deposition of a corporate representative of Dallas County

Hospital District in anticipation of filing a lawsuit. The facts and issues are well known to the

parties, so we need not recount them herein. Relator's petition does not satisfy the requirements

of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270

S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig. proceeding). Accordingly, the Court **DENIES**

the petition for writ of mandamus.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

140223F.P05